CLEVELAND CITY CABLE RY. CO. v. YALE & TOWN MFG. CO. (Circuit Court of Appeals, Sixth Circuit. November 1, 1897.) No. 574. Appeal from the Circuit Court of the United States for the Eastern Division of the Northern District of Ohio. E. L. Thurston, for appellant. Garfield & Garfield, for appellee. Dismissed, on appellant's motion, at appellant's costs.

---

COBURN TROLLEY TRACK MFG. CO. v. McCABE MFG. CO. (Circuit Court of Appeals, Second Circuit. December 14, 1897.) No. 30. Appeal from the Circuit Court of the United States for the Southern District of New York. Arthur v. Briesen, for appellant. Thos. Ewing, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. Decree of circuit court affirmed, with costs, on opinion in circuit court. See 80 Fed. 915.

---

COPES v. NEW ENGLAND MUT. ACC. ASS'N. (Circuit Court of Appeals, Fourth Circuit. November 4, 1897.) No. 224. In Error to the Circuit Court of the United States for the District of South Carolina. Raysor & Summers, for plaintiff in error. Abial Lathrop, for defendant in error. Dismissed on agreement of attorneys.

---

FRANCIS v. RICHMOND & D. R. CO. (Circuit Court of Appeals, Fourth Circuit. November 6, 1897.) No. 195. In Error to the Circuit Court of the United States for the Western District of North Carolina. A. C. Avery (Pritchard & Gudger on the brief), for plaintiff in error. George F. Bason and Charles Price, for defendant in error. Before FULLER, Circuit Justice, GOFF, Circuit Judge, and BRAWLEY, District Judge.

BRAWLEY, District Judge. We do not find in the record in this case any testimony from which fair-minded men could justly conclude that the defendant company was guilty of negligence, and according to the principles which we have laid down in Patton v. Railway Co., 82 Fed. 979, a case heard at the same term, we are of opinion that there was no error in directing a verdict for the defendant. The judgment of the court below is affirmed.